IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARYANN PRISCILLA VALENCIA,**
    Plaintiff,

vs.

                                  CIV. NO. 1:24-cv-00997-SCY

**LELAND DUDEK,**
  **Acting Commissioner of Social Security,**
    Defendant.

## ORDER

Upon stipulation by the parties, it is hereby ORDERED that Plaintiff is awarded $6,600.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to her attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

Maryann Valencia,
c/o Karl E. Osterhout, Esq.
521 Cedar Way, Ste. 200
Oakmont, PA 15139

_____
Steven C. Yarbrough
U.S. Magistrate Judge

Submitted by:

    *s/ Aimee E. Durel*
    AIMEE E. DUREL

    ATTORNEY FOR DEFENDANT

Approved by:

    *s/ electronically approved*
    KARL OSTERHOUT
    Osterhout Berger Daley

    ATTORNEY FOR PLAINTIFF